# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNAN YILMAZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-12709** |
| **RASHEEDAH JONES, et al.** | **SECTION "G"** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of Kennan Yilmaz is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**NEW ORLEANS, LOUISIANA,** this __22nd__ day May, 2018.

                                           **NANNETTE JOLIVETTE BROWN**
                                           **CHIEF JUDGE**
                                           **UNITED STATES DISTRICT COURT**